UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cr-00153-SEB-TAB |
| WILLIAM DAVENPORT, | ) ) -06 |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that William Davenport's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of one (1) day the custody of the Attorney General or his designee, with twenty-four (24) months of supervised release to follow with the first 90 days of supervised release to have the additional condition of home detention with location monitoring. In addition to the mandatory conditions of supervision, the conditions of supervised release, as outlined in the Report and Recommendation will be imposed.

**SO ORDERED.**

Date: _____1/21/2022_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service